# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO ALVAREZ-ALVAREZ,<br><br>Defendant. | Case No. 18-mj-23337-KSC-BAS<br><br>**ORDER GRANTING JOINT MOTION TO STAY CASE**<br><br>**[ECF No. 16]** |

Defendant Francisco Alvarez-Alvarez appeals his misdemeanor conviction for illegal entry under 8 U.S.C. § 1325. (ECF No. 11.) *See also* 18 U.S.C. § 3402; Fed. R. Crim. P. 58(g)(2)(B). Presently before the Court is the parties' joint motion to stay the appeal pending the Ninth Circuit's consideration of appeals involving the same arguments that that Defendant intends to raise in his appeal. (ECF No. 16.) Good cause appearing, the Court **GRANTS** the joint motion. *See, e.g.*, *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket."). The Court **STAYS** the appeal. The Court also **ORDERS** that the parties shall file a request to

lift the stay or other appropriate motion within seven days of a final decision from the Ninth Circuit.

**IT IS SO ORDERED.**

**DATED: March 28, 2019**

Hon. Cynthia Bashant
United States District Judge